IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:24-cr-00135-TBM-RPM

JOHNATHAN KEITH CRUMLEY

MOTION TO UNSEAL INDICTMENT AND CASE

COMES NOW the United States of America, through its undersigned Assistant United States Attorney, and hereby files its motion to unseal the Indictment and this case.

WHEREFORE, the United States requests that the Court unseal the Indictment and this case.

Date:  November 21, 2024   Respectfully submitted,

TODD W. GEE
United States Attorney

By:  *Lee Smith* (signature)

Lee Smith
Assistant United States Attorney
MS Bar No. 106061
1575 20th Avenue
Gulfport, MS 39501
Phone: (228)563-1560
Lee.Smith@usdoj.gov