IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:24-cr-00135-TBM-RPM

JOHNATHAN KEITH CRUMLEY

ORDER TO UNSEAL INDICTMENT AND CASE

Upon Motion of the United States Attorney, the Clerk is directed to unseal the indictment and this case.

SO ORDERED, this the 21st day of November 2024.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE